```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                                          PLAINTIFF

v.      Criminal Case No. 11-50013-001

**BRANDON DAVIS**                                                                      DEFENDANT


## O R D E R

Now on this 3rd day of May, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #16) and **Waiver Of Objections To Report And Recommendation** (document #17), and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted.  Accordingly, the Court accepts defendant's plea of guilty to the two-count Indictment, and his consent to the entry of an order of forfeiture as sought in the Indictment, and tentatively approves the written Plea Agreement, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                                     **/s/ Jimm Larry Hendren**
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**